**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CLAUDIA HUIZAR, | )    No. CV 11-7246-PLA |
|          Plaintiff, | ) |
| | )    **JUDGMENT** |
|          v. | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
|          Defendant. | ) |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social

Security Administration, is affirmed consistent with the Memorandum Opinion.

DATED: August 23, 2012

_____

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE